UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.               ) | Crim. No.  16cr10165-MLW |
| ) | |
| BRIAN SEGURA,        ) | |
| ) | |
| Defendant.         ) | |

## SENTENCING MEMORANDUM

Per the final report issued by Probation on May 2, 2018, Defendant has successfully completed the RISE program. Along these lines, Probation has identified that Defendant's progress has been extraordinary, and that Defendant has taken significant steps to further a law-abiding life, including vocational training, as well as taking sole custody of his young son. Given Probation's analysis of Defendant's extraordinary progress, as well as Defendant's conduct during pretrial release, the government recommends the following sentence: (1) 3 years of supervised release; (2) no fine; and (3) a $200 special assessment. This sentence appears warranted under all of the factors set forth in 18 U.S.C. Section 3553.

Respectfully submitted,

ANDREW E. LELLING
United States Attorney

Date: May 3, 2018

By: */s/ Michael J. Crowley*
MICHAEL J. CROWLEY
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

      I, Michael J. Crowley, Assistant United States Attorney, do hereby certify that this document, filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and that paper copies will be sent to those indicated as non-registered participants on this date.

      */s/ Michael J. Crowley*
      MICHAEL J. CROWLEY
      Assistant U.S. Attorney